IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRAIG ALEXANDER,                     :
        Petitioner,          :        1:14-cv-2495
                                        :
    v.                              :        Hon. John E. Jones III
                                        :
WARDEN DAVID EBBERT,                 :
        Respondent.          :

## ORDER

May 26, 2015

**NOW, THEREFORE,** in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1.      The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED**.

2.      Petitioner's motion (Doc. 9) for default judgment is **DENIED**.

2.      The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge